828

No. 347. FAIR ET AL. *v.* MEREDITH. C. A. 5th Cir. Certiorari denied. *Joe T. Patterson,* Attorney General of Mississippi, *Dugas Shands,* Assistant Attorney General, and *Peter M. Stockett, Jr.* and *Charles Clark,* Special Assistant Attorneys General, for petitioners.

No. 103. JOHNSON *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *T. K. Irwin, Jr.* for petitioner. *Will Wilson,* Attorney General of Texas, and *Sam R. Wilson, Linward Shivers* and *Charles R. Lind,* Assistant Attorneys General, for respondent.

No. 130. MATHIASEN TANKER INDUSTRIES, INC., *v.* MASON. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted in this case because the petitioning shipowner here has been denied its right to trial by jury guaranteed by the Seventh Amendment to the Constitution. *Harry E. McCoy* for petitioner. *Sidney H. Kelsey* for respondent.

No. 174. CHRISTIANI-ONKEN, ALIAS CHRISTIANI, *v.* KENNEDY, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *John W. Pehle* and *James H. Mann* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle, John G. Laughlin, Jr.* and *Pauline B. Heller* for respondent.